**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____   Chapter ___**7**___

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | DiClementi, Inc |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | dba A La Carte, Ince |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2  0  –  5  5  7  6  7  9  5 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **16730 W. Apple Lane** | |
| Number      Street | Number      Street |
| | P.O. Box |
| **Gurnee**      **IL**    **60031** | |
| City      State    ZIP Code | City      State    ZIP Code |
| **Lake** | Location of principal assets, if different from principal place of business |
| County | |
| | **1480 Old Deerfield Road, Suite 1,2 & 3** |
| | Number      Street |
| | **Highland Park, IL 60035** |
| | City      State    ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  **DiClementi, Inc**_____  Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY
        District _____  When _____  Case number _____
                                              MM / DD / YYYY
        District _____  When _____  Case number _____
                                              MM / DD / YYYY

Debtor  **DiClementi, Inc** _____   Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

District _____   When _____
                                          MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                          MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

_____

_____
City                                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

<span style="background:black">   </span> **Statistical and administrative information**

**13. Debtor's estimation of available funds**

_Check one:_

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **DiClementi, Inc**                                          Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |
| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▇ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/16/2017**
MM / DD / YYYY

X **/s/ Christine DiClementi-Harlow**                **Christine DiClementi-Harlow**
Signature of authorized representative of debtor       Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Robert J. Adams & Associates**                Date **05/16/2017**
Signature of attorney for debtor                        MM / DD / YYYY

**Robert J. Adams & Associates**
Printed name

**Robert J. Adams & Associates**
Firm name

**901 W. Jackson, Suite 202**
Number        Street

_____

**Chicago**                          **IL**        **60603**
City                                 State      ZIP Code

**(312) 346-0100**                   **bankruptcy713@yahoo.com**
Contact phone                        Email address

**0013056**
Bar number                           State

**Fill in this information to identify the case**

Debtor name ___**DiClementi, Inc**___

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    Current value of
    debtor's interest

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 3.1. **Checking account, BMO Harris Bank** | **Checking account** | 9 | 1 | 0 | 7 | $300.00 |
| 3.2. **Checking account, North Shore Community Bank, Wilmet** | **Checking account** | 5 | 3 | 7 | 7 | $0.00 |

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $300.00 |

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor    **DiClementi, Inc**_____    Case number (if known) _____
Name

**7. Deposits, including security deposits and utility deposits**

Current value of
debtor's interest

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**11. Accounts receivable**

Current value of
debtor's interest

11a. 90 days old or less: _____**$0.00**_____ – _____**$0.00**_____ = ............. ➔    $0.00
face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____**$0.00**_____ – _____**$0.00**_____ = ............. ➔    $0.00
face amount          doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership: | |
| 15.1. **Debtor attempted to sell business and customer list. Was offered Zero, last day of busines was 5/1/17 when evicted.** | **100%** | Failed Sale | Unknown |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor ___DiClementi, Inc_____    Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   __**DiClementi, Inc**_____   Case number (if known) _____
        Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Property left at 1480 Old Deerfield Road, Suite 1, 1 &3** | | | |
| **1- 8x6 walk in cooler**<br>**1 40quart Hobart Mixer, 1 8x6 walk-in cooler**<br>**Scale**<br>**26 Wooden Plates**<br>**12 cases of wine glasses**<br>**4 cases of water glasses**<br>**2 cases highball glassware**<br>**10 Restaurant tables**<br>**25 Wicker baskets**<br>**Mis Catering Votives, and plastic** | **$19,000.00** | **Debtor's Comparables** | **$19,000.00** |

**42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $19,000.00 |
|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2002 Chevy Express 1500 with 90,000 miles** | **$1,400.00** | **Kelly Blue Book** | **$1,400.00** |

Debtor   __DiClementi, Inc_____   Case number (if known) _____
            Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | $1,400.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

    | $0.00 |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 10:  Intangibles and Intellectual Property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

Debtor  __DiClementi, Inc_____   Case number (if known) _____
         Name

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

                                               **Current value of
debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| | $0.00 |
|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **DiClementi, Inc**                                          Case number (if known) _____
          Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $19,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................... ➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $20,700.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92................................................................. **$20,700.00**

**Fill in this information to identify the case:**

Debtor name    **DiClementi, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.    **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

**Fill in this information to identify the case:**

Debtor  **DiClementi, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐  No.  Go to Part 2.
☑  Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| | | **$11,000.00** | **$0.00** |

**2.1**   Priority creditor's name and mailing address

**IDES**

**PO Box 19300**

**Springfield              IL       62794**

Date or dates debt was incurred

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payrol Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | **$10,000.00** | **$10,000.00** |
|---|---|---|---|

**2.2**   Priority creditor's name and mailing address

**ILL Department of Employment Security**

**P.O.Box 3637**

**Springfield              IL       62708-3637**

Date or dates debt was incurred
**2015-2017**

Last 4 digits of account
number      __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **DiClementi, Inc**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

**Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  | | Total claim | Priority amount |
|---|---|---|---|
| | | **$8,000.00** | **$0.00** |

**2.3**    **Priority creditor's name and mailing address**

**Illinois Department of Revenue**

**Bankruptcy Section**

**PO Box 64338**

**Chicago**                    **IL**      **60664-0338**

**Date or dates debt was incurred**

**2016**

**Last 4 digits of account number**    ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(    **8**    )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Other**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **DiClementi, Inc** | Case number (if known) |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1   Nonpriority creditor's name and mailing address**

**American Family Insurance**

**6000 American Pkwy**

**Madison**           **WI      53783**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Other**

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.00

**3.2   Nonpriority creditor's name and mailing address**

**ATT**

**PO BOX 8100**

**AURORA**           **IL      60504**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility**

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.00

**3.3   Nonpriority creditor's name and mailing address**

**Benito Ocon**

**c/o Randall Pace**

**4176 W Montrose Ave**

**Chicago, IL, 60641-2161**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,000.00

**3.4   Nonpriority creditor's name and mailing address**

**BMO HARRIS TRUST & SAVINGS**

**111 W MONROE ST**

**CHICAGO**           **IL      60603**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Other**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,640.00

Debtor   **DiClementi, Inc**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

**BRAESIDE CONDOMINIUM MANAGEMENT LTD**

**1240 MEADOW RD, 4TH FLOOR**

_____

**NORTHBROOK**          **IL      60062**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PROPERTY MANAGEMENT**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.6 | Nonpriority creditor's name and mailing address |

**CAN CAPITAL**

**414 W 14th St**

_____

**NEW YORK**          **NY    10014**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PAYDAY LOAN**

Is the claim subject to offset?
☑ No
☐ Yes

$80,000.00

---

| 3.7 | Nonpriority creditor's name and mailing address |

**Carousel Linens**

 **616 Laurel Ave**

_____

**Highland Park**          **IL      60035**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

$983.00

---

| 3.8 | Nonpriority creditor's name and mailing address |

**CASPARI ACCOUNT SERVICES**

**99 COGWHEEL LANE**

_____

**SEYMOUR**          **CT    06483**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**OTHER**

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

---

Debtor   **DiClementi, Inc**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |

**Chase**

**PO Box 9001022**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

| **Louisville** | **KY** | **40290** |

**Credit Card**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   5  8  0  0

- [x] No
- [ ] Yes

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |

**Chrissie Insurnace Group**

**1700 E Higgins Rd Unit 320**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

| **Des Plaines** | **IL** | **60018** |

**Insurance**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   ___ ___ ___ ___

- [x] No
- [ ] Yes

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |

**ComEd**

**Customer Care Center**

**P.O.Box 87522**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

| **Chicago** | **IL** | **60680** |

**Utility Service**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   4  0  5  7

- [x] No
- [ ] Yes

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$381.00** |

**ComEd**

**Customer Care Center**

**P.O.Box 87522**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

| **Chicago** | **IL** | **60680** |

**Utility Service**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   5  0  4  7

- [x] No
- [ ] Yes

---

| Debtor | **DiClementi, Inc** | Case number (if known) | |
|---|---|---|---|

**Part 2:   Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $731.00 |
|---|---|---|---|

**ComEd**

**Bill Payment Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Chicago | IL | 60668-0001 | **Utility** |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   6   0   1   2

☒ No
☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Everest Cash Advance**

**300 Creekview Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Newark | DE | 19711 | **PDL** |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   ___  ___  ___  ___

☒ No
☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,000.00 |
|---|---|---|---|

**Global Client Solutions**

**4500 S 129 East Ave, Ste 175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Tulsa | OK | 74134 | **Loan** |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   ___  ___  ___  ___

☒ No
☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600.00 |
|---|---|---|---|

**Hartford Insurance**

**P.O.Box 620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| New Hartford | NY | 13413 | **Other** |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   ___  ___  ___  ___

☒ No
☐ Yes

Debtor   **DiClementi, Inc**                                        Case number (if known)  _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**  Nonpriority creditor's name and mailing address

**IOU Financial Inc.**

**600 TownPark Lane, Suite 100**

_____

**Kennesaw**                **GA**      **30144**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Buisness Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$24,430.00**

---

**3.18**  Nonpriority creditor's name and mailing address

**Isreal D. Weinstein Esq.**

**PO Box 670988**

_____

**Flushing**                **NY**      **11367**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**512684  2016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Settlement**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,000.00**

---

**3.19**  Nonpriority creditor's name and mailing address

**LAST CHANCE FUNDING**

**411 HEMPSTEAD TURNPIKE**

**SUITE 101**

**HEMPSTEAD**                **NY**      **11550**

Date or dates debt was incurred    _____

Last 4 digits of account number    8  3  1  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PAYDAY LOAN**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,100.00**

---

**3.20**  Nonpriority creditor's name and mailing address

**MICHAEL SILVER & COMPANY**

**5750 OL DORCHARD RD**

**SUITE 200**

**SKOKIE**                **IL**      **60077**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNTANT**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,000.00**

---

Debtor   **DiClementi, Inc**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21**  Nonpriority creditor's name and mailing address

**MICKEYS LINEN**

**4601 W ADDISON ST**

**SUITE 100**

**CHICAGO**                    IL      60641

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**OTHER**

Is the claim subject to offset?
☑ No
☐ Yes

**$231.80**

---

**3.22**  Nonpriority creditor's name and mailing address

**ML Factors**

**456A Central Ave Suite 129**

**Cedarhurst**                  NY     11516

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Other**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,500.00**

---

**3.23**  Nonpriority creditor's name and mailing address

**NEWPORT CAPITAL**

**350 N LaSalle Dr #700**

**CHICAGO**                    IL      60602

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**LANDLORD**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,335.20**

---

**3.24**  Nonpriority creditor's name and mailing address

**Nicor Gas**

**PO Box 2020**

**Aurora**                     IL      60507-2020

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility**

Is the claim subject to offset?
☑ No
☐ Yes

**$164.00**

---

Debtor   **DiClementi, Inc**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$1,600.00** |

**North Shore Gas**

☐ Contingent

**130 East Randolph Drive**

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

**Chicago**          IL      60601          **UTILITY**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   8  7  2  1

☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$42,954.39** |

**Protection Legal Group**

☐ Contingent

**331 Newman Spring Rd**

☐ Unliquidated

**Unit 143**

☐ Disputed

_____

Basis for the claim:

**Red Bank**          NJ      07701          **Attorney Fees**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$17,988.00** |

**Richmond Capital Group LLC**

☐ Contingent

**125 Maiden Lane Suite 501**

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

**New York**          NY      10038          **Security Agreement**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$38,000.00** |

**RSV PARTNERS**

☐ Contingent

**1510 Old Deerfield Rd # 108**

☐ Unliquidated

☐ Disputed

_____

Basis for the claim:

**HIGHLAND PARK**          IL      60035          **LANDLORD/EVICTION**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor   **DiClementi, Inc**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Superior Knife**

**8120 Central Park Ave**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Other**

**Skokie**                    **IL      60076**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,300.00 |

**SYSCO CHICAGO**

**250 WIEBOLT DRIVE**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**UTILITY**

**DES PLAINES**              **IL      60016**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,400.00 |

**The LCF Group**

**411 Hempstead Turnpike**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Merchant Agreement**

**West Hempstead**          **NY      11552**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,000.00 |

**US FOODS**

**800 SUPREME DRIVE**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**SUPPLIER**

**BENSENVILLE**             **IL      60106**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor   **DiClementi, Inc** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.33**   Nonpriority creditor's name and mailing address

**WebBank** _____

**c/o Can Capital Asset Servicing Inc** _____

**155 North 400 West, Suite 315** _____

_____

**Salt Lake City**         **UT**      **84103**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Buisness Loan** _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$121,371.00**

---

**3.34**   Nonpriority creditor's name and mailing address

**YellowStone Capital LLC** _____

**30 Broad Street** _____

**14th floor, Suite 1462** _____

_____

**New York**         **NY**      **10004**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Mechant Agreement** _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$31,878.00**

---

**3.35**   Nonpriority creditor's name and mailing address

**Z Baking** _____

**3665 W. Lunt** _____

_____

**Lincolnwood**         **IL**      **60712**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Other** _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$600.00**

Debtor     __DiClementi, Inc_____     Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1  **APPLEGATE & THORNE-THOMSON**
**626 W JACKSON BLVD, SUITE 400**
**CHICAGO, IL 60611**
**ATTN: STEVE FRIEDLAND**

Line _____
☑ Not listed.  Explain:
**Collecting for -TCB-WESTLAKE**

__ __ __ __


4.2  **Commonwealth Edison**
**Bill Payment Center**

**Chicago          IL     60668-0001**

Line  **3.12**
☐ Not listed.  Explain:

__ __ __ __


4.3  **JOSEPH SUSSMAN, PC**
**333 PEARSALL AVE**
**SUITE 205**

**CEDARHURST        NY    11516**

Line _____
☑ Not listed.  Explain:
**Attorney for -LAST CHANCE FUNDING**

__ __ __ __


4.4  **JOSEPH, MANN, AND CREED**
**8948 CANYON FALLS BLVD**

**TWINSBURG        OH    44087**

Line _____
☑ Not listed.  Explain:
**Collecting for -AMERICAN FAMILY INSURANCE**

__ __ __ __


4.5  **KRAMER LAW LLC**
**1363 Shermer Rd #319**

**NORTHBROOK       IL    60062**

Line _____
☑ Not listed.  Explain:
**Attorney for -RSV PARTNERS**

__ __ __ __


4.6  **LOAN ME CASH ADVANCE**
**NEED ADD**

Line _____
☑ Not listed.  Explain:
**PAYDAY LOAN**

__ __ __ __

Debtor   **DiClementi, Inc**                                                        Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

4.7   **North Shore Gas**
    **130 East Randolph Drive**

    **Chicago**          **IL**    **60601**

Line _____

☑ Not listed.  Explain:
**UTILITY**

__ __ __ __

4.8   **Salk, Steven B. & Assoc LTD**
    **150 W. Wacker Dr, Suite 2570**

    **Chicago**          **IL**    **60606**

Line _____

☑ Not listed.  Explain:
**Attorney for -Benito Ocon**

__ __ __ __

4.9   **TCB WESTLAKE, LLC**
    **C/O NEWPORT CAPITAL PARTNERS**
    **350 N LASALLE, SUITE 700**

    **CHICAGO**          **IL**    **60654**

Line _____

☑ Not listed.  Explain:
**LANDLORD**

__ __ __ __

Debtor    **DiClementi, Inc**                                    Case number (if known) _____

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

5a.    **Total claims from Part 1**                            5a.    **$29,000.00**

5b.    **Total claims from Part 2**                            5b. **+**    **$517,987.39**

5c.    **Total of Parts 1 and 2**                              5c.    **$546,987.39**
       Lines 5a + 5b = 5c.

| Fill in this information to identify the case: |
| --- |

Debtor name    **DiClementi, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)    Chapter    **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐    No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑    Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.    **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Lease for the location 3207 Westlake Plaza, Lake Avenue #8A, Wilmette, IL 60091 Contract to be REJECTED Contract is in DEFAULT** | **TCB-Westlake, LLC** |
| --- | --- | --- | --- |
| | | | **350 N. LaSalle, Suite 700** |
| | State the term remaining | **42 payment(s)** | |
| | List the contract number of any government contract | | **Chicago            IL        60656** |

**Fill in this information to identify the case:**

Debtor name      **DiClementi, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Christine DiClementi-Harlow** | **1480 Old Deerfield Rd**<br>Number        Street | **TCB-Westlake, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | **Highland Park      IL    60035**<br>City                       State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **DiClementi, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:    Summary of Assets

**1.**   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
    Copy line 88 from Schedule A/B................................................................................................... | $0.00

    1b.   **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................................. | $20,700.00

    1c.   **Total of all property**
    Copy line 92 from Schedule A/B................................................................................................... | $20,700.00

---

### Part 2:    Summary of Liabilities

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... | $0.00

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................... | $29,000.00

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. | + $517,987.39

**4.**   **Total liabilities**
    Lines 2 + 3a + 3b........................................................................................................................ | $546,987.39

**Fill in this information to identify the case and this filing:**

Debtor Name **DiClementi, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/16/2017**
MM / DD / YYYY

X **/s/ Christine DiClementi-Harlow**
Signature of individual signing on behalf of debtor

**Christine DiClementi-Harlow**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **DiClementi, Inc**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year,
which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | | | |
|---|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2017** MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other | | **$50,000.00** |
| For prior year: | From **01/01/2016** MM / DD / YYYY | to | **12/31/2016** MM / DD / YYYY | ☑ Operating a business ☐ Other | | **$530,000.00** |
| For the year before that: | From **01/01/2015** MM / DD / YYYY | to | **12/31/2015** MM / DD / YYYY | ☑ Operating a business ☐ Other | | **$582,703.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be
adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **US FOODS** Creditor's name **800 SUPREME DRIVE** Street **BENSENVILLE**        **IL**        **60106** City        State        ZIP Code | **Paying $1000 per week for food** | **$6,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☑ Suppliers or vendors ☑ Services ☐ Other |

| Debtor | DiClementi, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **ComEd**<br>Creditor's name<br>**Customer Care Center**<br>Street<br>**P.O.Box 87522**<br><br>**Chicago**　　**IL**　**60680**<br>City　　　　State　ZIP Code | **Over the last 90 days** | **$2,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.3. | **North Shore Gas**<br>Creditor's name<br>**130 East Randolph Drive**<br>Street<br><br>**Chicago**　　**IL**　**60601**<br>City　　　　State　ZIP Code | **Monthly** | **$1,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.4. | **RSV PARTNERS**<br>Creditor's name<br>**1510 Old Deerfield Rd # 108**<br>Street<br><br>**HIGHLAND PARK**　**IL**　**60035**<br>City　　　　State　ZIP Code | **$1500 per month** | **$4,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Rent** |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

Debtor   **DiClementi, Inc** _____   Case number (if known) _____
   Name

| **Part 3:** | **Legal Actions or Assignments** |

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☐ None

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Ocon, Benito** | **Worker's Comensation** | **IWCC Office** <br> Name | ☐ Pending |
|  |  |  | **100 W. Randolph St, Ste 8-200** <br> Street | ☐ On appeal |
|  |  |  |  | ☑ Concluded |
|  | Case number |  |  |  |
|  | **11 WC 004268** |  | **Chicago**   **Il**   **60601** <br> City   State   ZIP Code |  |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| **Part 5:** | **Certain Losses** |

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **DiClementi, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Robert J. Adams** | | **05/11/2017** | **$400.00** |
| | **Address** | | | |
| | **901 W. Jackson, Suite 202**<br>Street | | | |
| | | | | |
| | **Chicago**          **IL**     **60603**<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Bob's Bubble Gum LLC** | **2 Story Building at 111 Green Bay Rd, Wilmette, IL 60091** | **7/2014** | **$1,100,000.00** |
| | **Address** | **Sale 1.1 Million. Debtor Proceeds were $4,000 net and subject to a $35,000 capital gains tax** | | |
| | **111 Green Bay Rd**<br>Street | | | |
| | | | | |
| | **Wilmette**          **IL**     **60091**<br>City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

Debtor    **DiClementi, Inc**_____    Case number (if known) _____
          Name

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. **111 Greenbay Road** | | From | **2008** | To **2014** |
| Street | | | | |
| | | | | |
| **Wilmette** | **IL** | **60091** | | |
| City | State | ZIP Code | | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

Debtor    **DiClementi, Inc**_____    Case number (if known) _____
Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

| Debtor | __DiClementi, Inc__ | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | **Michael Silver & Company (TAXES)** | | From   **2011**   To   **Present** |
| | Name | | |
| | **5750 Old Orchard Rd** | | |
| | Street | | |
| | | | |
| | **Skokie** | **IL**   **60077** | |
| | City | State   ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | **Mareen DiClementi (Billing, Vendors, ect** | | From   **2015**   To   **Present** |
| | Name | | |
| | **1661 Newgate Court** | | |
| | Street | | |
| | | | |
| | **Gurnee** | **IL**   **60031** | |
| | City | State   ZIP Code | |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Michael Silver & Company** | |
| | Name | |
| | **5750 Old Orchard Rd #200** | |
| | Street | |
| | | |
| | **Skokie** | **IL**   **60077** |
| | City | State   ZIP Code |

Debtor    **DiClementi, Inc**                                            Case number (if known) _____
_____
Name

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Christine DiClementi** | **16730 W. Apple Lane**<br>**Gurnee, Il 60031** | **Owner, President** | **100%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes.  Identify below.

**Part 14:    Signature and Declaration**

**WARNING --**Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is
true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/16/2017**  _____
MM / DD / YYYY

X **/s/ Christine DiClementi-Harlow** _____          Printed name  **Christine DiClementi-Harlow**  _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **President**  _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **DiClementi, Inc**                                    Case No.  _____

                                                         Chapter   **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................ **$2,900.00**

   Prior to the filing of this statement I have received........................................................ **$400.00**

   Balance Due.............................................................................................................. **$2,500.00**

2. The source of the compensation paid to me was:

   ☑ Debtor                ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/16/2017** | **/s/ Robert J. Adams & Associates** |
| *Date* | *Robert J. Adams & Associates*    Bar No.  0013056 |
| | Robert J. Adams & Associates |
| | 901 W. Jackson, Suite 202 |
| | Chicago, IL 60603 |
| | Phone: (312) 346-0100 / Fax: (312) 346-6228 |

---

**/s/ Christine DiClementi-Harlow**

*Christine DiClementi-Harlow*
*President*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **DiClementi, Inc**                                                      CASE NO

                                                                                  CHAPTER      **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/16/2017 _____              Signature  _/s/ Christine DiClementi-Harlow_____
                                                        *Christine DiClementi-Harlow*
                                                        *President*

Date _____              Signature _____

American Family Insurance
6000 American Pkwy
Madison, WI 53783


APPLEGATE & THORNE-THOMSON
626 W JACKSON BLVD, SUITE 400
CHICAGO, IL 60611
ATTN: STEVE FRIEDLAND


ATT
PO BOX 8100
AURORA, IL 60504


Benito Ocon
c/o Randall Pace
4176 W Montrose Ave
Chicago, IL, 60641-2161


BMO HARRIS TRUST & SAVINGS
111 W MONROE ST
CHICAGO, IL 60603


BRAESIDE CONDOMINIUM MANAGEMENT LTD
1240 MEADOW RD, 4TH FLOOR
NORTHBROOK, IL 60062


CAN CAPITAL
414 W 14th St
NEW YORK, NY 10014


Carousel Linens
 616 Laurel Ave
 Highland Park, IL 60035


CASPARI ACCOUNT SERVICES
99 COGWHEEL LANE
SEYMOUR, CT 06483

Chase
PO Box 9001022
Louisville, KY 40290


Chrissie Insurnace Group
1700 E Higgins Rd Unit 320
Des Plaines, IL 60018


Christine DiClementi-Harlow
1480 Old Deerfield Rd
Highland Park, IL 60035


ComEd
Customer Care Center
P.O.Box 87522
Chicago, IL 60680


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001


Everest Cash Advance
300 Creekview Rd
Newark, DE 19711


Global Client Solutions
4500 S 129 East Ave, Ste 175
Tulsa, OK 74134


Hartford Insurance
P.O.Box 620
New Hartford, NY 13413

IDES
PO Box 19300
Springfield, IL 62794


ILL Department of Employment Security
P.O.Box 3637
Springfield, IL 62708-3637


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


IOU Financial Inc.
600 TownPark Lane, Suite 100
Kennesaw, GA 30144


Isreal D. Weinstein Esq.
PO Box 670988
Flushing, NY 11367


JOSEPH SUSSMAN, PC
333 PEARSALL AVE
SUITE 205
CEDARHURST, NY 11516


JOSEPH, MANN, AND CREED
8948 CANYON FALLS BLVD
TWINSBURG, OH 44087


KRAMER LAW LLC
1363 Shermer Rd #319
NORTHBROOK, IL 60062


LAST CHANCE FUNDING
411 HEMPSTEAD TURNPIKE
SUITE 101
HEMPSTEAD, NY 11550

LOAN ME CASH ADVANCE
NEED ADD


MICHAEL SILVER & COMPANY
5750 OL DORCHARD RD
SUITE 200
SKOKIE, IL 60077


MICKEYS LINEN
4601 W ADDISON ST
SUITE 100
CHICAGO, IL 60641


ML Factors
456A Central Ave Suite 129
Cedarhurst, NY 11516


NEWPORT CAPITAL
350 N LaSalle Dr #700
CHICAGO, IL 60602


Nicor Gas
PO Box 2020
Aurora, IL  60507-2020


North Shore Gas
130 East Randolph Drive
Chicago Ill. 60601


Protection Legal Group
331 Newman Spring Rd
Unit 143
Red Bank, NJ 07701


Richmond Capital Group LLC
125 Maiden Lane Suite 501
New York, NY 10038

```
RSV PARTNERS
1510 Old Deerfield Rd # 108
HIGHLAND PARK, IL 60035



Salk, Steven B. & Assoc LTD
150 W. Wacker Dr, Suite 2570
Chicago, IL 60606



Superior Knife
8120 Central Park Ave
Skokie, IL 60076



SYSCO CHICAGO
250 WIEBOLT DRIVE
DES PLAINES, IL 60016



TCB WESTLAKE, LLC
C/O NEWPORT CAPITAL PARTNERS
350 N LASALLE, SUITE 700
CHICAGO, IL 60654



TCB-Westlake, LLC
350 N. LaSalle, Suite 700
Chicago, IL 60656



The LCF Group
411 Hempstead Turnpike
West Hempstead, NY 11552



US FOODS
800 SUPREME DRIVE
BENSENVILLE, IL 60106



WebBank
c/o Can Capital Asset Servicing Inc
155 North 400 West, Suite 315
Salt Lake City, UT 84103
```

YellowStone Capital LLC
30 Broad Street
14th floor, Suite 1462
New York, NY 10004


Z Baking
3665 W. Lunt
Lincolnwood, IL 60712